IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| WEINSTOCK & SCAVO, P.C., : | |
| : | CASE NO. 12-80220-jrs |
| Debtor. : | |
| : | JUDGE SACCA |
| : | |

## NOTICE OF PLEADINGS, DEADLINE TO OBJECT AND FOR HEARING

**PLEASE TAKE NOTICE** that on December 2, 2021, William J. Layng, Jr., as chapter 7 trustee of the above captioned Debtor's estate filed his *Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances and to Pay Real Estate Commissions* seeking approval of the sale of property of the estate known as 2225 Wallace Road, SW, Atlanta, Georgia 30331 (the "**Wallace Sale Motion**")[Doc. No. 233].

Pursuant to General Order No. 24-2018, **the Court may consider the Wallace Sale Motion without further notice or a hearing if no party in interest files a response opposing the Wallace Sale Motion on or before December 30, 2021. If you oppose the relief requested in the Wallace Sale Motion, you must timely file your response in opposition to the Wallace Sale Motion with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Room 1340, Atlanta, Georgia 30303, and serve a copy on the Debtor's attorney, Theodore N. Stapleton, P.C., 2802 Paces Ferry Road, NW, Suite 100-B, Atlanta, GA 30339 by the response deadline. The response must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the **Wallace Sale Motion** has been scheduled for **January 5, 2022 at 10:30 a.m. in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. <u>Given the current public health crisis, the Hearing may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the Hearing for instructions on whether to appear in person or by phone.</u>**

If a response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response within the time permitted, the Court may grant the relief requested without further notice or a hearing provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.** If no response is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected.** You should read these papers carefully and discuss with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**NOTICE IS HEREBY GIVEN** this 2nd day of December 2021.

**THEODORE N. STAPLETON, P.C.**

By: */s/ Theodore N. Stapleton*
Theodore N. Stapleton
Georgia Bar No. 675850
Attorneys for Trustee

Suite 100-B
2802 Paces Ferry Road, NW
Atlanta, Georgia 30339
(770) 436 3334
tstaple@tstaple.com