| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION<br>75 Ted Turner Drive, SW Atlanta, GA 30303 | FILED IN CLERK'S OFFICE<br>U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT<br>OF GEORGIA<br><br>2021 DEC 28 PM 2:06<br><br>M. REGINA THOMAS<br>CLERK<br>BY _____<br>DEPUTY CLERK |
| Plaintiff: William J. Laying, JR., as Chapter 7 Trustee for the Estate of WEINSTOCK &amp; SCAVO, P.C.,<br><br>v.<br><br>Defendant:  Charlton Carlos Lester | COURT USE ONLY |
| | Case Number:<br>12-80220-JRS |
| **OBJECTION TO WALLACE SALE MOTION**<br>[DOC. No. ~~235~~ 234] | |

In this cause, Charlton Carlos Lester OBJECTS to Wallace Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances and to Pay Real Estate Commissions seeking approval of the sale of property of the estate known as 2225 Wallace Road, SW, Atlanta Georgia 30331 for the following reasons:

1. The original engagement letter was sold as a non notification assignment of accounts receivables financing.
2. This alleged debt has not been validated and is therefore being challenged under the Fair Debt Collections Practices Act.
3. That the Chapter 7 trustees retain no legal or equitable interest as the contract was allegedly sold.
4. I am requesting the Currency and Monetary Instruments Report as it relates to the original engagement instrument which was sold to third party purchasers for value.

I, Charlton Carlos Lester make oath and affirms that the foregoing is true and correct to the best of my knowledge and belief.

By: _____
Charlton Carlos Lester

## CERTIFICATE OF SERVICE

I, Charlton Carlos Lester, certify that the foregoing Objection to the Wallace Sale

Charlton Carlos Lester
1529 Bell Flower Ct.
Stone Mountain, Georgia 30088

Date 12/23/2021

Theodore N. Stapleton
2802 Paces Ferry Road, SE Suite 100-B
Atlanta, Georgia 30339

Dear William J. Laying, Jr, Trustee for the Estate of WEINSTOCK & SCAVO, P.C.,
This letter is not a refusal to pay, but a notice sent pursuant to the Fair Credit Reporting Act 15 U.S.C. §1692g, that your claim is disputed and validation is requested.

This is not a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:
- What the money you say I owe is for.
- Explain and show me how you specifically calculated the entire amount of what you say I owe.
- Provide me with copies of any and all papers that show I agreed to pay what you say I owe to include original signatures.
- Identify the ORIGINAL creditor.
- Provide me with a copy of ANY judgment you say gives you the right to collect anything from me.

If your offices are able to provide the proper documentation as requested, I will require at least 30 days after receipt to investigate this information and during such time all collection activity must cease and desist.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from your system and a copy of such deletion request shall be sent to me immediately. Until proper validation is provided you are to cease all collection efforts.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records; any information obtained shall be used for that purpose.

Respectfully,

Charlton Carlos Lester- Beneficiary

Motion was hand delivered to M. Regina Thomas, Clerk of U.S. Bankruptcy Court, 75 Ted Turner Dr SW, Atlanta, GA 30303.

By: _____
Charlton Carlos Lester