UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | Case No. 12-80220-jrs |
|---|---|
| WEINSTOCK & SCAVO, P.C., | Chapter 7 |
| Debtor. | Judge Sacca |

### NOTICE OF DISCLAIMER OF INTEREST

The United States of America on behalf of the United States Department of Treasury – Internal Revenue Service, through the undersigned United States Attorney and Assistant United States Attorney, hereby provides notice that the United States disclaims an interest in the residential real property known as 2225 Wallace Road, SW, Atlanta, Georgia 30331 because it has determined that the federal tax liens against OTS, Inc. did not attach to that property.

Dated: December 29, 2021.    Respectfully submitted,

KURT R. ERSKINE
ACTING UNITED STATES ATTORNEY

*/s/ Vivieon Kelly Jones*
Vivieon K. Jones
Assistant United States Attorney
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6000
vivieon.jones@usdoj.gov
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

This is to certify that I have on December 29, 2021 electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: December 29, 2021.               KURT R. ERSKINE
                                        ACTING UNITED STATES ATTORNEY

                                        */s/ Vivieon K. Jones*
                                        Vivieon K. Jones
                                        Assistant U.S. Attorney